No. 85. GEORGE H. KELLY ET AL., COPARTNERS, ETC., *v.* DWIGHT F. DAVIS, SECRETARY OF WAR, ET AL.   Appeal from the District Court of the United States for the Northern District of California.  February 1, 1926.   Dismissed with costs, and mandate granted, on motion of *Mr. Eugene West* in behalf of *Mr. William F. Humphrey* for the appellants.   *Solicitor General Mitchell* and *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, for the appellees.

———————

No. 873. ROSARIO MACCIENO *v.* UNITED STATES.   See *ante,* p. 629.

———————

No. 261. HUBERT WORK, SECRETARY OF THE INTERIOR, *v.* W. H. MASON.   Appeal from the Court of Appeals of the District of Columbia.   March 1, 1926.   Dismissed and mandate granted on motion of appellant.   *Solicitor General Mitchell* for appellant.   *Messrs. F. W. Clements* and *Alexander Britton* for appellee.

———————

No. 831. UNITED STATES *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY.   Appeal from the Court of Claims. March 1, 1926.   Dismissed and mandate granted on motion of appellant.   *Solicitor General Mitchell* for the United States.   *Mr. Alexander H. Elder* for appellee.

———————

No. 235. FLORIDA EAST COAST RAILWAY COMPANY *v.* BAKER & HOLMES COMPANY ET AL.   Appeal from the District Court of the United States for the Southern District of Florida.   March 1, 1926.   Dismissed with costs on motion of appellants.   *Messrs. Frank W. Gwathmey* and *Scott M. Loftin* for appellant.   No appearance for appellee.